AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. | DATE FILED | UNITED STATES DISTRICT COURT<br>District of Massachusetts<br>John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 |

| PLAINTIFF | DEFENDANT |
|---|---|
| MAVERICK RECORDING CO.; CAPITOL RECORDS, INC.; ATLANTIC RECORDING CORP.; UMG RECORDINGS, INC.; and ELEKTRA ENTERTAINMENT GROUP INC. | JOHN DOE |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 5 – Case file copy.

*U.S.G.P.O. 1982-374-279

# Exhibit A

## Doe #1 (199.94.73.88 2004-09-16 15:36:39 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Soft Cell | Sex Dwarf | Non-Stop Erotic Cabaret | 32-408 |
| Elektra Entertainment Group Inc. | The Cure | Close to Me | The Head on the Door | 65-872 |
| Atlantic Recording Corporation | Tori Amos | Cornflake Girl | Under the Pink | 185-391 |
| Capitol Records, Inc. | Poison | Talk Dirty to Me | Look What the Cat Dragged In | 82-349 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |
| Capitol Records, Inc. | Radiohead | Nice Dream | The Bends | 280-260 |
| Maverick Recording Company | Deftones | Be Quiet And Drive | Around The Fur | 244-493 |