UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAVERICK RECORDING CO.; CAPITOL RECORDS, INC.; ATLANTIC RECORDING CORP.; UMG RECORDINGS, INC.; and ELEKTRA ENTERTAINMENT GROUP INC.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOE,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 04-12436-NG |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of John C. Ottenberg as counsel for plaintiffs.

*John C. Ottenberg* /s/
John C. Ottenberg, BBO #380955
Ottenberg & Dunkless LLP
101 Arch Street, 9th floor
Boston, MA 02110
(617) 342-8600